**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LA TASHIA GAYLE,

                    Plaintiff,

      -against-

CHILDREN'S AID COLLEGE PREP CHARTER :
SCHOOL, et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Civ. 9874 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' motions to dismiss, ECF Nos. 15, 17, 35, and 39 is

rescheduled to April 2, 2019 at 10:30 a.m.

Dated: New York, New York
      March 6, 2019

SO ORDERED:

GEORGE B. DANIELS
United States District Judge