# KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

*Aaron N. Solomon, Esq.*
*asolomon@kdvlaw.com*

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

March 19, 2019

**VIA ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: La Tashia Gayle v. Children's Aid College Prep Charter School, et. al.
S.D.N.Y. Docket No.: 18-CV-09874 (GBD)

Dear Judge Daniels:

This office represents Defendants Children's Aid College Prep Charter School and Casey Vier (collectively, "Defendants") in the above referenced matter.

Defendants' reply in further support of their motion to dismiss Plaintiff's Amended Complaint is due to be filed on Thursday, March 21, 2019.

To ensure that the arguments contained in Plaintiff's opposition to the motion to dismiss are sufficiently addressed, we write to respectfully request that Defendants' be permitted to file a reply memorandum of no more than fourteen (14) pages.

Plaintiff does not consent to this application. No reason has been given for same.

We thank the Court for its continued courtesies.

Respectfully yours,
Kaufman Dolowich & Voluck, LLP

By: _____
Aaron N. Solomon

Cc: All counsel, by *ECF*

4847-8983-6165, v. 1

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago