UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LA TASHIA GAYLE,
                        Plaintiff,
    -against-
                                                      ORDER

CHILDREN'S AID COLLEGE PREP CHARTER       18 Civ. 9874 (GBD)
SCHOOL, et al.,

                      Defendants.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendants' motions to dismiss, ECF Nos. 15, 17, 35, and 39 is rescheduled to April 24, 2019 at 10:30 a.m.

Dated: New York, New York
       March 26, 2019

SO ORDERED:

*[signature]*

GEORGE B. DANIELS
United States District Judge