# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

April 2, 2019

**SO ORDERED**

The oral argument is rescheduled from April 24, 2019 to May 9, 2019 at 10:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

APR 0 3 2019

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Re:*    ***Gayle v. Children's Aid College Prep Charter School, et al.***
           ***Southern District Case No.: 18-CV-09874 (GBD)***
           ***Request for Adjournment of April 24, 2019 Conference***

Dear Judge Daniels:

My office represents the defendant Devon Jackson in the above-referenced matter. I write this letter to respectfully request an adjournment of the conference currently scheduled for April 24, 2019 at 10:30 a.m. for oral argument on the co-defendants' motions to dismiss.

The reason for the request is that I am going to be away that week and so am not available for the conference. As well, yesterday, we filed a motion to dismiss on behalf of Mr. Jackson, which has not yet been fully briefed for oral argument. I have contacted counsel for all parties, who consent to this first request for an adjournment of this conference. Upon conferring with co-counsel, we are all available on May 8 or 9 for a conference. If those dates are not available to the Court, we can confer for alternate dates to provide to the Court.

Thank you for your time and courtesies.

                        Respectfully submitted,
                        Law Offices of Yale Pollack, P.C.

                        */s/ Yale Pollack*
                        Yale Pollack, Esq.

cc:    All Parties (via ECF)